B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Jessie Daniel Ringley**
       **Susan Catherine Ringley**
                              Debtor(s)

Case No.
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

B8 (Form 8) (12/08) Page 2

**Property No. 1**

| | |
|---|---|
| **Creditor's Name:**<br>**Ally Financial** | **Describe Property Securing Debt:**<br>**2011 Hyundai Sonata**<br>**Tag #K0106B**<br>**78,000 Miles** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __**Reaffirm at fair market value**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**Property No. 2**

| | |
|---|---|
| **Creditor's Name:**<br>**Capital One/Suzuki** | **Describe Property Securing Debt:**<br>**2007 Suzuki Motorcycle**<br>**Tag #3ZA143**<br>**9,000 Miles** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**Property No. 3**

| | |
|---|---|
| **Creditor's Name:**<br>**Eastman Credit Union** | **Describe Property Securing Debt:**<br>**Home and Lot**<br>**406 Market Street**<br>**Rogersville, TN 37857** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**Property No. 4**

B8 (Form 8) (12/08) Page 3

| Creditor's Name:<br>**Huntington National Bank** | **Describe Property Securing Debt:**<br>**2012 Ford Truck**<br>**Tag #B8493K**<br>**37,000 Miles** |
|---|---|

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain __**Reaffirm at fair market value**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:**<br>**Direct TV** | **Describe Leased Property:**<br>**Satellite Contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |
|---|---|---|

Property No. 2

| **Lessor's Name:**<br>**Verizon Wireless** | **Describe Leased Property:**<br>**Cell Phone Contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |
|---|---|---|

B8 (Form 8) (12/08)      Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 26, 2014**      Signature **/s/ Jessie Daniel Ringley**
    **Jessie Daniel Ringley**
    Debtor

Date **June 26, 2014**      Signature **/s/ Susan Catherine Ringley**
    **Susan Catherine Ringley**
    Joint Debtor

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Jessie Daniel Ringley**
**Susan Catherine Ringley**
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, the foregoing Statement of Intention was filed electronically. Notice of this filing and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular United States Mail, postage prepaid, facsimile, or hand delivery.

**Ally Financial**
**200 Renaissance Center**
**Detroit, MI 48243**

**Capital One/Suzuki**
**26525 N Riverwoods Blvd**
**Mettawa, IL 60045**

**Direct TV**
**PO Box 6550**
**Greenwood Village, CO 80155-6550**

**Eastman Credit Union**
**PO Box 1989**
**Kingsport, TN 37662-1989**

**Huntington National Bank**
**7 Easton Oval**
**Columbus, OH 43219**

**Verizon Wireless**
**Bankruptcy Department**
**500 Technology Drive**
**Saint Charles, MO 63304-2225**

/s/ *Mark Albert Skelton*
**Mark Albert Skelton 010610**
**Law Office of Mark Skelton**
**121 South Depot Street**
**Rogersville, TN 37857**
**423-272-4812 Fax:423-272-0712**
**markskelton@markskelton.com**